# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**KEVIN JOHNSON,**

    **Plaintiff,**

**v.**                                    Case No.:  2:09-CV-2023-JEO

**JACK HENRY & ASSOCIATES, INC.,**

    **Defendant.**

## ORDER

On August 3, 2010, the Magistrate Judge entered a Report and Recommendation, recommending that Defendant's Motion for Partial Dismissal (Doc. #18) be granted in part and denied in part. There has been no objections filed by the parties.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendations.

Accordingly, Plaintiff's claims for prospective injunctive and declaratory relief in Count I of the Second Amended Complaint, as well as his claims for relief for disparate impact pursuant to 42 U.S.C. § 1981 in Counts I and II, are hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this ____20th____ day of August, 2010.

                                                        **R. DAVID PROCTOR**
                                                        UNITED STATES DISTRICT JUDGE