FILED

2011 Feb-25  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# A

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| KEVIN JOHNSON, on behalf of himself | ) | |
| and others similarly situated, | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO.: |
| V. | ) | CV- 09-JEO-2023-S |
| | ) | |
| JACK HENRY & ASSOCIATES, INC., | ) | JURY DEMAND |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT

Pursuant to Federal Rules of Civil Procedure 26 and 34, the plaintiff propounds these requests for production to the defendant and its officers, attorneys, agents, contractors, and employees having any information or documents which are available to the defendant. These document requests are to be answered separately and severally by the defendant in the manner and form provided by law and the rules of court.

Answers to these document requests shall be responsive to the date on which the answers are filed and shall be continuing in character and require the filing of supplemental documents if further or different information on documents relative thereto becomes known before trial. Where information of the defendant is requested, such request includes knowledge of its agents, contractors, representatives, and unless privileged, its attorneys.

## DEFINITIONS

As used herein, the definitions for the term "document" means without limitation, the following items, whether printed, recorded or reproduced by any other mechanical means or process, or written or produced by hand: computer tapes, discs, e-mails, reports or files; agreements; contracts; communications; correspondence; letters; telegrams; tape recordings; memoranda; notes; summaries or other recordings of telephone conversations, personal conversations, or meetings; minutes; agenda of meetings; notices; records; bid records; personal memoranda; photographs; photographic slides; motion picture films; charts; graphs; diagrams; reports; statement of witnesses; findings of investigations; files; reports of experts; reports of consultants; papers; books; records; summaries; and any and every other writing or other graphic means by which human intelligence is in any way transmitted or reported.

B.     As used herein, the term "person" includes natural persons, governments (or agencies thereof), quasi-public entities, corporations, partnerships, ventures, and all other forms of organization, association or business entities.

C. As used herein, the term "you," "company," or "defendant" means Jack Henry & Associates and all subsidiaries, including Jack Henry & Associates and the named defendant in this action and the officers, attorneys, agents and employees of such company and defendant having information available to the defendant within the meaning of Rule 34. Jack Henry & Associates also includes any and all prior corporations, which have merged or in any way combined into with the corporation currently known today as Jack Henry & Associates

D. "Identify" when referring to a natural person means to provide an identification sufficient to notice a deposition of such person and to serve such person with process to require his or her attendance at a place of examination and shall include, without limitation, his or her full name, present or last known home address, present or last known business affiliation and address, title or occupation, and each of the positions held by such persons during the applicable time covered by any answer referring to such person.

E. "Identify" when referring to a document or writing means to give sufficient characterization of such document or writing so as to have identified it "with reasonable particularity" for purposes of Rule 34 of the Federal Rules of Civil Procedure. More particularly, the term "identify" when used with reference to a document includes:

 a. date the document bears, or if none, under the date it was written;

 b. name and address of each person who wrote it or participated in the writing of it;

 c. name and address of each person to whom it was addressed and each person to whom a copy was identified as being directed;

 d. name and address of each person who received a copy of the document;

 e. description of the document, as for instance, a letter or memorandum;

 f. its present location or custodian of each copy, or if unknown, its last known location or custodian;

 g. if any document is no longer in defendant's possession, or subject to defendant's control state what disposition was made of it, the reason for such disposition, the identity of the person currently having possession or control and the date that possession or control was relinquished by the defendant or any one of them.

F. As used herein, the term "date" shall mean the exact day, month and year, if ascertainable, or if not, the best approximation thereof, including relationship to other events.

G. "Personnel Information" shall include data or information which pertains to employees, applicants for employment, persons seeking employment, or former employees, and includes, but is not limited to:

 a. name;

 b. race;

 c. social security number;

 d. present and former addresses;

 e. educational level;

 f. jobs held prior to applying for employment;

 g. performance on all jobs held prior to applying for employment;

2

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| h.  | date(s) of application;                                                              |
| i.  | job(s) applied for;                                                                  |
| l.  | reason(s) not employed, if applicable;                                              |
| k.  | records showing all training received;                                               |
| l.  | date of hire, including date of hire as a part-time employee;                       |
| m.  | job initially hired into, including part-time employment;                            |
| n.  | whether said employee was hired as a temporary, part-time, or full-time employee;   |
| o.  | all jobs held with the defendant, including part-time employment, and the reasons(s) for each job change; |
| p.  | dates each job was held, including part-time employment;                             |
| q.  | whether each job held after initial hire, including part-time employment, was temporary, part-time, or full-time; |
| r.  | pay and/or salary received and rate of pay on each job held, including part-time employment; |
| s.  | hours worked on each job held, including part-time employment;                       |
| t.  | absences, tardiness;                                                                 |
| u.  | counseling;                                                                          |
| v.  | supervisor's notes or files;                                                        |
| w.  | any discipline received and date(s), if applicable;                                 |
| x.  | date of discharge or termination of employment, if applicable;                      |
| y.  | reason(s) for discharge;                                                            |
| z.  | length of service;                                                                  |
| aa. | name, race, and job title of each supervisor on each job held with the defendant, including casual employment; |
| bb. | the dates of each performance/salary review conducted during their employment with the defendant, the type of each such review, the performance rating received on each such review, and the promotability rating received on each such review; |
| cc. | the number of points under a compensation system assigned to the individual;        |
| dd. | all tests that employee took;                                                       |
| ee. | all scores that employee received on the tests taken;                               |
| ff. | all test validation materials;                                                      |
| gg. | information on any individual or aggregate of individuals concerning applicant flow; |
| hh. | referrals from referral agencies.                                                   |

H. As used herein the term "discipline" shall include any action taken in regard to an employee which is intended to punish and/or correct some aspect of the employee's behavior conduct or performance, including, but not limited to, the following actions: verbal warning, written warning, verbal reprimand, written reprimand, suspension, demotion, placement or probation, fine, etc.

3

I.      As used herein, the term "termination" shall include any one or more of the following actions which interrupt an employee's service of employment with the defendant: layoff, discharge, quit, resignation, retirement, terminated, fired, etc.

J.      As used herein, "vacancy information" shall include data or information which pertains to any vacancies, whether or not filled, whether created through promotion, termination, resignation, or other forms of attrition or whether newly-created by defendant, and includes, but is not limited to:

a.      The date of each such vacancy;

b.      The physical location of each such vacancy;

c.      The job classification of each such vacancy;

d.      The EEO job category of each such vacancy;

e.      The qualifications to fill the vacancy;

f.      The posting of the vacancy if posted;

g.      The job description of each such vacancy;

h.      The name, race, position held when selected, hire date of each individual awarded each such vacancy and the date of award;

i.      The name, race, current position, and physical location of each individual considered for each such vacancy;

j       The name, race, current position, and physical location of each individual who applied for each such vacancy;

k.      The name, race, current position, and physical location of each employee of the defendant interviewing and selecting the individuals identified in (g) above;

l.      The salary and/or pay and rate of pay of each individual identified in (g) above before and after obtaining each such vacancy;

m.      The name, race, and job title of each applicant and/or employee of the defendant who had on file a request to transfer or to promote to said vacancy at the time of the filling of each such vacancy and the date such request was filed;

n.      The name, race, and job title of each individual interviewed for each such vacancy;

o.      The reason or reasons for the selection of each individual identified in (g) above over the other candidates;

p.      The reason or reasons each of the non selected individuals for the vacancy was not qualified, and if qualified, the reason they were not selected; and

K.      The terms "Management Job" or "Management Jobs" means the jobs listed In Exhibit "A" attached hereto.

**(To the extent not otherwise limited, these requests are limited to a time period from January 1, 2005 to the present).**

4

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.      Provide a copy of all computerized data bases, electronic files, or any other mechanical sources which the Defendant maintains, or has maintained, from January 1, 2005 to the present, and from which "personnel information," as defined in these Requests, can be obtained.

2.      Provide a copy of all documents and other sources of information which are necessary or useful in order to interpret all coded fields within each data base, electronic files, and/or computerized information of the defendant provided in response to Request # 1 above.  A "coded field" contains an abbreviated entry representing other information that cannot be used or understood without a key to the translation or meaning of the entry.

3.      For each individual identified in response to Interrogatory # 1 of Plaintiff's First Interrogatories, provide a copy of their personnel and payroll records reflecting the "personnel information" and "vacancy information," as defined hereinabove. [If any of this information is in electronic form such as an internet posting or a response to an internet posting, please print that out and provide it in electronic form. Similarly, if the information requested or some of it is available in machine readable and/or computer retrievable discs, tapes, or documents of the defendant presently or previously stored on its computer system, peripheral tapes, or any other storage devises, the information is also requested in that form. This request includes paper applications, on-line applications, on-line submissions, resumes, and all other relevant documents.]

4.      For each individual identified in response to Interrogatory # 2 of Plaintiff's First Interrogatories, provide a copy of their personnel and payroll records reflecting the "personnel

information" and "vacancy information," as defined hereinabove. [If any of this information is in electronic form such as an internet posting or a response to an internet posting, please print that out and provide it in electronic form. Similarly, if the information requested or some of it is available in machine readable and/or computer retrievable discs, tapes, or documents of the defendant presently or previously stored on its computer system, peripheral tapes, or any other storage devises, the information is also requested in that form. This request includes paper applications, on-line applications, on-line submissions, resumes, and all other relevant documents.]

5. For each Management Job identified in response to Interrogatory # 5 of Plaintiff's First Interrogatories, provide the "vacancy information," as defined hereinabove. (If any persons listed in this response are not identified in response to Interrogatory numbers 1 & 2, of Plaintiff's First Interrogatories, state their name and race.)

6. For each complaint of race discrimination made against the Defendant from January 1, 2005 to the present, including complaints made orally, internally in writing, administratively through the Equal Employment Opportunity Commission (EEOC), the Office of Federal Contract Compliance Programs(OFCCP) or any other state or federal agency, or filed as a complaint in Court, provide all documentation regarding such complaint.

7. Provide documentation reflecting the organizational structure and/or hierarchy of the Defendant from January 1, 2005 to the present, including any organizational charts of the Defendant showing the identity of each person and job title in each organizational unit of the Defendant.

8. Provide a copy of all policies, directives, e-mails, responses to e-mails,

correspondence, responses to correspondence, notes, minutes, or any other documentation, by whatever name known, (including any other recorded or electronic items) from January 1, 2005 to the present that relate to the posting and filling of Management Job, the minimum qualifications for each such Management Job, and any preferential qualifications for each such Management Job.

9. Provide a copy of all policies, directives, e-mails, responses to e-mails, correspondence, responses to correspondence, notes, minutes, or any other documentation, by whatever name known, (including any other recorded or electronic items) from January 1, 2005 to the present that reflect any affirmative acts on the part of the Defendant to increase the number of African Americans holding Management Jobs.

10. Provide a copy of any documents of the Defendant, by whatever name known, reflecting any policies, procedures, practices, rules, regulations, standards and/or guidelines which have been in effect since January 1, 2005 governing the employer-employee and/or applicant-employee relationship of Defendant. This request would include, but not limited to, such things as Policy and Procedure Manual(s), Employee Handbook(s), selection procedures or guidelines for Management Jobs, performance evaluation procedures or guidelines, compensation rules and guidelines, training procedures, guidelines about the rights of employees to move between departments, hiring and promotion procedures and guidelines, discipline and termination rules and guidelines, and discrimination policies.

11. Provide a copy of any documents reflecting and/or relating to each criterion, policy, practice, or procedure utilized by the Defendant since January 1, 2005 in the selecting of individuals for its Management Jobs, including all documents used to develop or validate

7

selection procedures for Management Jobs.

12. Provide a copy of any job descriptions or other documentation utilized by the Defendant since January 1, 2005, by whatever name known, reflecting the descriptions of the duties, abilities, responsibilities, skills, efforts, knowledge, personal characteristics, education, training, prior experiences, certifications, "required" characteristics or criteria, and "needed or helpful, but not required" characteristics or criteria for each Management Job of the Defendant.

13. Provide a copy of all EEO-1s, or similar, reports and any other documents, by whatever name known, which show the distribution of employees of the Defendant by race, job class, pay grade, or any other pertinent format from January 1, 2005, to the present.

14. Provide a copy of all Affirmative Action Plans and/or Affirmative Action Reports of the Defendant, along with all documents relating to the operation and use of such Plans or Reports by the Defendant from January 1, 2005 to the present.

15. Provide a copy of all documentation sent to the EEOC in response to the Plaintiff's EEOC Charge, including all personnel files, EEO-1's, policies, procedures and any other documents, by whatever name known.

16. Provide a copy of any documents reflecting any affirmative acts that Defendant has taken to comply with Executive Order 11246 in selecting individuals for Management Jobs and any documents relating in any way to compliance with Executive Order 11246.

17. Provide a copy of any documents that have been maintained by the Defendant since January 1, 2005 in accordance with the requirements of the Uniform Guidelines on Employee Selection Procedures.

18. Provide a copy of all "workforce analyses" and all documents used to compile

such analyses from January 1, 2005, to the present.

19.    Provide a copy of all "utilization analyses" and all documents used to compile such analyses from January 1, 2005, to the present.

20.    Provide a copy of any records maintained by the Defendant since January 1, 2005 in accordance with Executive Order 11246.

21.    Provide a copy of all written policies, practices, procedures, guidelines, and any other written documents, by whatever name known, reflecting all affirmative acts that the Defendant has taken to comply with OFCCP rules, regulations and/or guidelines regarding the Defendant's employment practices and polices.

22.    For each individual identified in response to Interrogatory # 7 of Plaintiff's First Interrogatories, provide a copy of the statement, recording, affidavit, and/or declaration of said individual.

23.    For each test, examination, or assessment center process identified in response to Interrogatory # 11 of Plaintiff's First Interrogatories, provide a copy of each such validation study.

24.    For each agency identified in response to Interrogatory # 14 of Plaintiff's First Interrogatories, provide a copy of the audit documents, including any records or statements produced during the course of each such audit, the findings and results of each such audit, any penalties imposed, and any disagreement, formal or otherwise, lodged by Defendant with any findings or conclusions resulting from each such audit.

25.    For each statistical analysis identified in response to Interrogatory # 15 of Plaintiff's First Interrogatories, provide a copy of the results of such analysis along with all

supporting data and documents upon which each analysis is based, the factual proof of

discrimination *vel non* you contend is demonstrated by the statistical analysis, the source of such

statistical analysis, and all facts and the identity of all documents that support your answer.

Respectfully Submitted,

Jon C. Goldfarb
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been properly served via FAX AND HAND DELIVERY to the following counsel of record:

David T. Wiley
Mieke A. Hemstreet
JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Telephone: (205) 332-3104/3115
Facsimile No.: (205) 332-3131

On this 13th day of October, 2010.

Counsel of Record

10

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

KEVIN JOHNSON, on behalf of himself )
and others similarly situated, )
      PLAINTIFF, )
                            )     CIVIL ACTION NO.:
V. )     CV- 09-JEO-2023-S
                            )
JACK HENRY & ASSOCIATES, INC., )     JURY DEMAND
                            )
      DEFENDANT. )
                            )

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Johnson requests that Defendant Jack Henry & Associates ("Defendant") answer these Interrogatories within thirty (30) days from the date of service thereof.

## DEFINITIONS

1.     The terms "Plaintiff" or "Class Plaintiff" means the named Plaintiff in this action and his attorneys or agents who have information available to the Plaintiff within the meaning of Rule 33(a).

2.     The term "person" means any natural person, firm, corporation, partnership, sole proprietorship, estate, trust, trust estate, joint venture, association or any other form of business entity of any nature or character, together with the partners, trustees, officers, directors, employees, attorneys or agents thereof.

3.     The term "individual" means any natural person.

4.     The terms "discrimination," "discriminate," "discriminatory," or similar terms mean any violation of Title VII of the Civil Rights Act of 1964, as amended, or 42 U.S.C.§§ 1981 and 1985(4), each as amended.

5.     The terms "Title VII" means Title VII of the Civil Rights Act of 1964, as amended.

1

6. The term "document" or "documents" as used herein is to be construed in the broadest sense permitted by the Federal Rules of Civil Procedure and shall mean any kind of written, recorded or graphic matter, however produced or reproduced, or any kind of description, whether sent or received or neither, including originals, non-identical copies (whether different from the original because of marginal notes, or other material inserted therein or attached thereto, or otherwise), drafts and both sides thereof, including, but not limited to: agreements, communications, correspondence, telegrams, cables, telefax, electronic mail messages, telex messages, memoranda, records, books, summaries of records or personal conversations or interviews, desk calendars, appointment books, diaries, journals, forecasts, statistical statements, tabulations, accountants' work papers, graphs, charts, accounts, analytical records, affidavits, minutes, records or summaries of meetings or tele-conferences, reports or summaries of interviews or telephone conversations, reports or summaries of investigations, opinions or reports of consultants, appraisals, records, reports or trade letters, press releases, contracts, notes, projections, drafts or any documents, working papers, checks, (front and back), check stubs or receipts, sound recordings, data processing records, microfilm, photographs, maps, charts, accounts, financial statements or reports thereof, promissory notes, loan agreements, loan files and all notes contained with loan files, revolving credit agreements, deeds of trust, guaranty agreements or indemnification agreements, real estate contracts for sale or lease, pleading, or any other documents or writings of whatever description, including any information contained in any computer or stored separately in electronic media or removable media (even if not previously printed out) within the custody or control of you and any of your employees, agents, including attorneys, accountants, investment bankers or advisors, or any other person acting or purporting to act on your behalf.

7. The term "communication" means any contact or act by which information or knowledge is transmitted or conveyed between two or more persons and includes, without limitation: written contacts (whether by letter, electronic mail, memoranda, telefax, telegram, telex, or any other document or method), oral contacts (whether by face-to-face meeting, telephone conversations or otherwise), and any other manner by which information is passed, conveyed or transmitted.

8. The term "conduct" means any act of commission, omission, action or inaction.

9. The terms "and" and "or" shall be construed either disjunctively or conjunctively whenever appropriate in order to bring within the scope of these Interrogatories information or documents which might otherwise be considered to be beyond their scope.

10. The singular form of a word shall be interpreted as plural and the plural form of a word shall be interpreted as singular whenever appropriate in order to bring within the scope of the Interrogatories any information which might otherwise be considered to be beyond their scope.

11. The terms "refer to," "related to," "referring to," or "relating to" any given

2

subject, means any document, communication, statement, information, fact or other things that constitute, contain, embody, evidence, reflect, identify, show, state, analyze, support, refute, refer to, deal with, arise from, are connected with, respond to, or are in any manner whatsoever pertinent to that subject.

12. The term "Defendant" means Jack Henry & Associates, any subsidiary of Jack Henry & Associates (whether or not wholly owned), and any affiliate of Jack Henry & Associates along with any of their respective officers, directors, employees, agents, attorneys and all other persons acting on behalf of Jack Henry & Associates or any of its subsidiaries or affiliates.

13. The terms "class" or "putative class" means the class of employees that the Class Plaintiff is seeking to represent in this action.

14. The term "Plaintiff's Complaint" means the Complaint filed in this case and any subsequent amendments.

15. The term "this case" or "this litigation" means the above styled case.

16. The term "Class Counsel" means the Class Plaintiff's counsel of record and any other attorneys representing him in this case, as listed in the Complaint, as well as his respective attorneys, employees, partners, shareholders, officers, agents or any other person acting on behalf of any of them, whether record counsel in this case or not.

17. The terms "Uniform Guidelines on Employee Selection Procedures" or "Uniform Guidelines" mean the set of guidelines governing the use of tests and other selection procedures that have been jointly adopted and enforced by the Equal Employment Opportunity Commission in the enforcement of Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972 (hereinafter "Title VII"); by the Department of Labor, and the contract compliance agencies until the transfer of authority contemplated by the President's Reorganization Plan No. 1 of 1978, in the administration and enforcement of Executive Order 11246, as amended by Executive Order 11375 (hereinafter "Executive Order 11246"); by the Civil Service Commission and other Federal agencies subject to section 717 of Title VII; by the Civil Service Commission in exercising its responsibilities toward State and local governments under section 208(b)(1) of the Intergovernmental-Personnel Act; by the Department of Justice in exercising its responsibilities under Federal law; by the Office of Revenue Sharing of the Department of the Treasury under the State and Local Fiscal Assistance Act of 1972, as amended; and by any other Federal agency which adopts them.

18. The term "Selection Procedure" means "[a]ny measure, combination of measures, or procedure used as a basis for any employment decision. Selection procedures include the full range of assessment techniques from traditional paper and pencil tests, performance tests, training programs, or probationary periods and physical, educational, and work experience requirements through informal or casual interviews and unscored application forms" as defined

3

in the Uniform Guidelines. 29 C.F.R. § 1607.16(Q).

19. The term "Employment Decisions" include but are not limited to hiring, promotion, demotion, membership (for example, in a labor organization), referral, retention, and licensing and certification, to the extent that licensing and certification may be covered by Federal Equal Employment Opportunity law. Other selection decisions, such as selection for training or transfer, may also be considered employment decisions if they lead to any of the decisions listed above. *See* 29 C.F.R. § 1607.2.

20. The terms "Management Job" or "Management Jobs" means the jobs listed in Exhibit "A" attached hereto.

## INSTRUCTIONS

21. To the extent that any single Interrogatory or portion of such is deemed to be objectionable, you are still to answer those non-objectionable Interrogatories or portions of such and state fully the basis for your objection.

22. If you object or otherwise decline to set forth in your response any of the information requested herein, for each Interrogatory, you are instructed to set forth the following:

A. The grounds upon which you rely and claim that the information is privileged or otherwise protected from discovery. If objections is made to a part or item or category, specify which part is objected to; and

B. The identity of the privileged information, including:
   i. The date of the communications;
   ii. The identity of all persons who are parties to the communications including all those who made and received the communication;
   iii. The subject matter of the communication; and
   iv. The number designating the interrogatory to which the communication is responsive.

23. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, you are instructed to amend your answers to the following Interrogatories if you obtain information on the basis of which (1) you know that the response was incorrect when made, or (2) you know that the response, though correct when made, is no longer true, and failure to amend the answer would be in substance, a knowing concealment.

## INTERROGATORIES

4

1. State the name and race of each individual who was selected for a Management Job of the Defendant, as defined hereinabove, from January 1, 2005 to the present.

2. State the name and race of each individual who was considered, but not selected, for a Management Job of the Defendant, as defined hereinabove, from January1, 2005 to the present.

3. For each individual identified in response to Interrogatory # 1 above, state the date said individual was selected for the Management Job and the reason(s) for the selection of said individual for said Job instead of the Class Plaintiff or any other African-American applicant considered for said Job.

4. For each individual identified in response to Interrogatory # 2 above, state the date said individual was considered for the Management Job and the reason(s) for selecting the individual(s) identified in Response to Interrogatory #1 instead of such individual.

5. State the name of each Management Job that was posted for bid and filled by the Defendant, by facility location, from January 1, 2005 to the present.

6. State the name of each Management Job that was not posted for bid by the Defendant, by facility location, from January 1, 2005 to the present, and the reason(s) why such Job was not posted for bid.

7. State the name of each person who you know or believe to have given a statement relating to the facts/subject matter of this lawsuit.

8. List each computerized data base, electronic file or other mechanical source which Defendant maintains, or has maintained, from January 1, 2005 to the present, and from which "personnel information," as defined in these Interrogatories, can be obtained for employees and applicants of the Defendant.

9. State the name of each state, local and/or federal regulatory and administrative agency to whom the Defendant sends reports regarding the racial composition of its work force and any other related personnel data.

10. Identify any test, examination or assessment center process that has been utilized/administered by the Defendant, or any of its agent(s), for selecting individuals for a Management Job from January 1, 2005 to the present.

11. For each test, examination, or assessment center process identified in response to Interrogatory # 10 above, state whether each such test, examination or assessment center process has been validated pursuant to the Uniform Guidelines On Employee Selection Procedures, the identity of the person who performed the validation studies, and the "business necessity" requiring the use of such test, examination or assessment center process.

12. State each and every affirmative act taken by the Defendant from January 1, 2005 to the present to comply with the requirements of Executive Order 11246 in the selection of individuals for a Management Job, including the identity of the individual(s) responsible for ensuring Defendant's compliance with Executive Order 11246.

13. State each and every affirmative act taken by the Defendant from January 1, 2005 to the present to comply with any rules, regulations, and/or guidelines issued by the OFCCP relating to the Defendant's employment practices and policies.

14. State the name of each local, federal and/or federal agency which has audited the Defendant regarding race discrimination in selection decisions from January 1, 2005 to the present, the date of each audit and the findings of the Agency regarding the audit.

15. If it is your contention that there is a statistical analysis that has been done

6

which demonstrates in any way that there has been no discrimination by the Defendant in its selection decisions for Management Jobs, identify each such statistical analysis on which you rely to support such contention.

**The defendant is reminded that these Interrogatories are continuing and to the extent that the analysis described in this request are completed in the future, they, and the supporting documentation for them, are to be tendered to plaintiffs' counsel as a continuing response. To the extent that any of the analysis and/or supporting documentation provided in response to this request change subsequent to their description and submission in response to this request, said changes are specifically requested.**

Respectfully Submitted,

Jon C. Goldfarb
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been properly served via FAX AND HAND DELIVERY to the following counsel of record:

David T. Wiley
Mieke A. Hemstreet
JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Telephone: (205) 332-3104/3115
Facsimile No.: (205) 332-3131

On this 13th day of October, 2010.

_____
Counsel of Record

| Job Title | EEO1 Code | EEOC Designation |
|---|---|---|
| Mgr, Ntwk Installations L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, QA L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Travel Ops | First/Mid Level Officials | Lower Level Management |
| Mgr, Doc L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Financial Svcs Sales L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Disaster Rcvry L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Programming Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Industry Research L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Outlink Installation | First/Mid Level Officials | Lower Level Management |
| Mgr, Appl Educ L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Release L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Sales & Supt Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Backroom Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Item Processing L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Data Ctr Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Cstmr Supt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Sys Mgt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Data Ctr L1 | First/Mid Level Officials | Lower Level Management |
| Asst Mgr, Data Center | First/Mid Level Officials | Lower Level Management |
| Mgr, Hdwr Tech & Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Hdwr Admin L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Acctg L1 | First/Mid Level Officials | Lower Level Management |
| Acctg Sys Mgr L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Installation L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Techl Supt OS/400 L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Inet R&D | First/Mid Level Officials | Lower Level Management |
| Asst Mgr, Facilities | First/Mid Level Officials | Lower Level Management |
| Mgr, Comm L1 | First/Mid Level Officials | Lower Level Management |
| Reg Facilities Asst Mgr | First/Mid Level Officials | Lower Level Management |
| Mgr, Sys Admstr ISeries L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, ESD Dvlpmt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Media Dist Ctr L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Meeting Planning L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Remote Ntwk Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, R&D L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Tech Supt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Reg Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Accts Receivable L1 | First/Mid Level Officials | Lower Level Management |

| | | |
|---|---|---|
| Mgr, Cstmr Rel L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Cstmr Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Forms Supt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Sys Secur | First/Mid Level Officials | Lower Level Management |
| Mgr, Install/Supt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Mktg L1 | First/Mid Level Officials | Lower Level Management |
| Prod Mgr L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Hdwr Ffllmnt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Tech Sales Supt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, TeleComm L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Instructional Design L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Tech Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Helpdesk Admin L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, FormSmart Ops L1 | First/Mid Level Officials | Lower Level Management |
| Supv, Educ | First/Mid Level Officials | Lower Level Management |
| Mgr, Safety L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Secur L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Sales Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Vertex Installation L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Vertex Supt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Area Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Ops L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Sys Administration L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Compliance L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, ACH R & D L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Comm Engrg L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Ntwk Engrg L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Intg L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, QA & Prod Des L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Mktg Comm L1 | First/Mid Level Officials | Lower Level Management |
| Asst Mgr, Comm | First/Mid Level Officials | Lower Level Management |
| Mgr, Purchasing L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Implementation Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Prod Intg Mgr | First/Mid Level Officials | Lower Level Management |
| Mgr, Production | First/Mid Level Officials | Lower Level Management |
| Mgr, Maintenance | First/Mid Level Officials | Lower Level Management |
| Mgr, Proj Office L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Consulting Svcs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Dvlpmt L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Client Svrs L1 | First/Mid Level Officials | Lower Level Management |
| Mgr, Sftwr Field Supt L1 | First/Mid Level Officials | Lower Level Management |
| Supv, Travel | First/Mid Level Officials | Lower Level Management |
| Supv, Cstmr Supt | First/Mid Level Officials | Lower Level Management |

| | | |
|---|---|---|
| Supv, Ground Crew | First/Mid Level Officials | Lower Level Management |
| Supv, Conversion Training | First/Mid Level Officials | Lower Level Management |
| Supv, Installation | First/Mid Level Officials | Lower Level Management |
| Supv, Techl Supt | First/Mid Level Officials | Lower Level Management |
| Supv Proof Operator | First/Mid Level Officials | Lower Level Management |
| Supv, Statement Preparer | First/Mid Level Officials | Lower Level Management |
| Supv, Computer Ops | First/Mid Level Officials | Lower Level Management |
| Supv, Item Processing | First/Mid Level Officials | Lower Level Management |
| Supv, Courier & Mail Ops | First/Mid Level Officials | Lower Level Management |
| Supv, Comm Engrg | First/Mid Level Officials | Lower Level Management |
| Supv, Corp Learning Sol | First/Mid Level Officials | Lower Level Management |
| Supv, Admin Sales Supt | First/Mid Level Officials | Lower Level Management |
| Supv, Admin | First/Mid Level Officials | Lower Level Management |
| Supv, Bus Analysis | First/Mid Level Officials | Lower Level Management |
| Supv, Card Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Educ | First/Mid Level Officials | Lower Level Management |
| Supv, Settlement Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Release Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Techl Sales Supt | First/Mid Level Officials | Lower Level Management |
| Supv, Technical Supt | First/Mid Level Officials | Lower Level Management |
| Supv, Media Dist Cntr | First/Mid Level Officials | Lower Level Management |
| Supv, Acctg | First/Mid Level Officials | Lower Level Management |
| Proj Supv, NHS | First/Mid Level Officials | Lower Level Management |
| Supv, Installation | First/Mid Level Officials | Lower Level Management |
| Supv, Technical Supt | First/Mid Level Officials | Lower Level Management |
| Supv, Remote Keying Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Office Svcs Admin | First/Mid Level Officials | Lower Level Management |
| Research & Dvlpmt Supv | First/Mid Level Officials | Lower Level Management |
| Supv, Ntwk Supt Tech | First/Mid Level Officials | Lower Level Management |
| Supv, Multimedia Design | First/Mid Level Officials | Lower Level Management |
| Supv, Facility Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, QA | First/Mid Level Officials | Lower Level Management |
| Supv, Corp Implementation | First/Mid Level Officials | Lower Level Management |
| Supv, Sales Supt | First/Mid Level Officials | Lower Level Management |
| Supv, Insurance Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Secur Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Human Resources | First/Mid Level Officials | Lower Level Management |
| Supv, PeopleSoft Dev | First/Mid Level Officials | Lower Level Management |
| Supv, Janitorial Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Office Svcs | First/Mid Level Officials | Lower Level Management |
| Supv, Product Mgmt | First/Mid Level Officials | Lower Level Management |
| Supv, Techl Publications | First/Mid Level Officials | Lower Level Management |
| Mgr, Tester/Hot Site I | First/Mid Level Officials | Lower Level Management |

| | | |
|---|---|---|
| Proj Mgr I | First/Mid Level Officials | Lower Level Management |
| Mgr, Consulting Svcs L2 | First/Mid Level Officials | Middle Management |
| Mgr, QA & Prod Des L2 | First/Mid Level Officials | Middle Management |
| Mgr, Matrix Ntwk Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, HR L3 | First/Mid Level Officials | Middle Management |
| Mgr, Recruiting L2 | First/Mid Level Officials | Middle Management |
| Mgr, Comp & Benefits L2 | First/Mid Level Officials | Middle Management |
| Mgr, Employee Rel L2 | First/Mid Level Officials | Middle Management |
| Mgr, Payroll & Benefits L2 | First/Mid Level Officials | Middle Management |
| Mgr, Cstmr Rel Mgmt Prog L3 | First/Mid Level Officials | Middle Management |
| Mgr, Hdwr Admin L3 | First/Mid Level Officials | Middle Management |
| Mgr, Programming L3 | First/Mid Level Officials | Middle Management |
| Prod Mgr L3 | First/Mid Level Officials | Middle Management |
| Mgr, Tech Supt L2 | First/Mid Level Officials | Middle Management |
| Mgr, Install/Supt L3 | First/Mid Level Officials | Middle Management |
| Mgr, Installation L2 | First/Mid Level Officials | Middle Management |
| Mgr, Natl Account L3 | First/Mid Level Officials | Middle Management |
| Mgr, Cstmr Supt L3 | First/Mid Level Officials | Middle Management |
| Mgr, Cstmr Supt L2 | First/Mid Level Officials | Middle Management |
| Mgr, Appl Educ L3 | First/Mid Level Officials | Middle Management |
| Mgr, Release L2 | First/Mid Level Officials | Middle Management |
| Mgr, Special Proj L2 | First/Mid Level Officials | Middle Management |
| Mgr, Ops L3 | First/Mid Level Officials | Middle Management |
| Mgr, Prod Delivery L2 | First/Mid Level Officials | Middle Management |
| Mgr, Reg Ops L2 | First/Mid Level Officials | Middle Management |
| Mgr, Data Ctr - Natl L3 | First/Mid Level Officials | Middle Management |
| Mgr, Compliance L3 | First/Mid Level Officials | Middle Management |
| Controller L3 | First/Mid Level Officials | Middle Management |
| Mgr, Tax L2 | First/Mid Level Officials | Middle Management |
| Mgr, Cstmr Rel - Acctg L3 | First/Mid Level Officials | Middle Management |
| Mgr, Installation L3 | First/Mid Level Officials | Middle Management |
| Mgr, Educ & Techl Pub L3 | First/Mid Level Officials | Middle Management |
| Mgr, Secur & Enviro Svcs L2 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Facility L3 | First/Mid Level Officials | Middle Management |
| Mgr, Reg Facilities L2 | First/Mid Level Officials | Middle Management |
| Mgr, Facilities L2 | First/Mid Level Officials | Middle Management |
| Mgr, Call Ctr L2 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Information Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Internal Educ L3 | First/Mid Level Officials | Middle Management |
| Mgr, Telco Rel L2 | First/Mid Level Officials | Middle Management |
| Mgr, Enterprise Sys Dvlpmt L2 | First/Mid Level Officials | Middle Management |
| Mgr, Ntwk & Devices L2 | First/Mid Level Officials | Middle Management |
| Mgr, Purchasing L3 | First/Mid Level Officials | Middle Management |

| | | |
|---|---|---|
| Mgr, TeleComm L2 | First/Mid Level Officials | Middle Management |
| Mgr, EDM L3 | First/Mid Level Officials | Middle Management |
| Mgr, Dvlpmt Process L3 | First/Mid Level Officials | Middle Management |
| Mgr, Install/Supt L2 | First/Mid Level Officials | Middle Management |
| Mgr, R&D L2 | First/Mid Level Officials | Middle Management |
| Mgr, R&D L3 | First/Mid Level Officials | Middle Management |
| Mgr, Technology Research L3 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Learning Sol L2 | First/Mid Level Officials | Middle Management |
| Proj Mgr, Major L1 | First/Mid Level Officials | Middle Management |
| Mgr, Appl Educ L2 | First/Mid Level Officials | Middle Management |
| Mgr, Appl Supt L2 | First/Mid Level Officials | Middle Management |
| Mgr, ATM Sol L3 | First/Mid Level Officials | Middle Management |
| Mgr, Bus Recvry Cnslt L2 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Credit Union Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Cstmr Svc & Maint L2 | First/Mid Level Officials | Middle Management |
| Mgr, Cstmr Account L2 | First/Mid Level Officials | Middle Management |
| Mgr, Dvlpmt/Cstmr Supt L3 | First/Mid Level Officials | Middle Management |
| Mgr, Doc & Educ L2 | First/Mid Level Officials | Middle Management |
| Mgr, DR Testing Svcs L2 | First/Mid Level Officials | Middle Management |
| Mgr, FormSmart L2 | First/Mid Level Officials | Middle Management |
| Mgr, Ntwk Hdwr Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Install/Education L2 | First/Mid Level Officials | Middle Management |
| Mgr, Educ L3 | First/Mid Level Officials | Middle Management |
| Prod Mgr, Multi L3 | First/Mid Level Officials | Middle Management |
| Mgr, Mktg L3 | First/Mid Level Officials | Middle Management |
| Mgr, Natl Sales L3 | First/Mid Level Officials | Middle Management |
| Mgr, Comm L2 | First/Mid Level Officials | Middle Management |
| Mgr, Ops L2 | First/Mid Level Officials | Middle Management |
| Mgr, Mktg Comm L3 | First/Mid Level Officials | Middle Management |
| OTB Rcvry Mgr L2 | First/Mid Level Officials | Middle Management |
| Prod Mgr L2 | First/Mid Level Officials | Middle Management |
| Prod Mgr L3 | First/Mid Level Officials | Middle Management |
| Prod Mktg Mgr L2 | First/Mid Level Officials | Middle Management |
| Mgr, QA L2 | First/Mid Level Officials | Middle Management |
| Mgr, QA L3 | First/Mid Level Officials | Middle Management |
| Mgr, Retail Delivery Ops L2 | First/Mid Level Officials | Middle Management |
| Mgr, Reg Sales | First/Mid Level Officials | Middle Management |
| Mgr, Proj Office L2 | First/Mid Level Officials | Middle Management |
| Mgr, Sales Ops L3 | First/Mid Level Officials | Middle Management |
| Mgr, Sales Supt L2 | First/Mid Level Officials | Middle Management |
| Sales Mgr, Strategic Init 13 | First/Mid Level Officials | Middle Management |
| Mgr, Tech Svcs L2 | First/Mid Level Officials | Middle Management |
| Mgr, Web Dvlpmt L2 | First/Mid Level Officials | Middle Management |

| | | |
|---|---|---|
| Mgr, Account Exec L2 | First/Mid Level Officials | Middle Management |
| Mgr, Prod Delivery L3 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Secur & Sys Admin L2 | First/Mid Level Officials | Middle Management |
| Mgr, Secur & Change Ctrl L3 | First/Mid Level Officials | Middle Management |
| Mgr, Conversion L2 | First/Mid Level Officials | Middle Management |
| Mgr, ISG L3 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Sec & Sys Admin L2 | First/Mid Level Officials | Middle Management |
| Mgr, Consulting Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Strat Re-Engrg L2 | First/Mid Level Officials | Middle Management |
| Mgr, Asset Protection L2 | First/Mid Level Officials | Middle Management |
| Mgr, Implementation Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Supt Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Release Svcs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Item Processing L2 | First/Mid Level Officials | Middle Management |
| Mgr, Corp Svcs L2 | First/Mid Level Officials | Middle Management |
| Mgr, Implementation Svcs L2 | First/Mid Level Officials | Middle Management |
| Mgr, Sales Ops L2 | First/Mid Level Officials | Middle Management |
| Mgr, Payroll Svcs | First/Mid Level Officials | Middle Management |
| Mgr, HRIS | First/Mid Level Officials | Middle Management |
| Mgr, Bus Dvlpmt - Intl | First/Mid Level Officials | Middle Management |
| Mgr, Disaster Rcvry L2 | First/Mid Level Officials | Middle Management |
| Mgr, Doc L2 | First/Mid Level Officials | Middle Management |
| Mgr. Secur & Change Ctrl L2 | First/Mid Level Officials | Middle Management |
| Mgr, Insurance Svcs | First/Mid Level Officials | Middle Management |
| Mgr, Retail Delivery L3 | First/Mid Level Officials | Middle Management |
| Mgr, jSource Supt Svcs | First/Mid Level Officials | Middle Management |
| Mgr, Sys Admin L2 | First/Mid Level Officials | Middle Management |
| Mgr, Proj Mgmt Office L3 | First/Mid Level Officials | Middle Management |
| Mgr, Sftwr Engrg | First/Mid Level Officials | Middle Management |
| Mgr, Client Svrs L3 | First/Mid Level Officials | Middle Management |
| Mgr, Release | First/Mid Level Officials | Middle Management |
| Mgr, Finance Compliance | First/Mid Level Officials | Middle Management |
| Mgr, Client Svrs L2 | First/Mid Level Officials | Middle Management |
| Mgr, Sys Integ | First/Mid Level Officials | Middle Management |
| Program Manager | First/Mid Level Officials | Middle Management |
| Asst Controller | First/Mid Level Officials | Middle Management |
| Mgr, Strategic Business Dev | First/Mid Level Officials | Middle Management |
| Mgr, Business Channels | First/Mid Level Officials | Middle Management |
| Mgr, Creative Services | First/Mid Level Officials | Middle Management |
| Mgr, Techl Project Mgmt | First/Mid Level Officials | Middle Management |
| Mgr, Insurance Ops | First/Mid Level Officials | Middle Management |
| Mgr, Sales Supt L3 | First/Mid Level Officials | Middle Management |
| Mgr, Hdwr Solutions | First/Mid Level Officials | Middle Management |

| | | |
|---|---|---|
| Mgr, Security Ops | First/Mid Level Officials | Middle Management |
| Proj Mgr II | First/Mid Level Officials | Middle Management |
| Proj Mgmt Internal Initiatives | First/Mid Level Officials | Middle Management |
| Chief Pilot | First/Mid Level Officials | Middle Management |
| Mgr, Tester/Hot Site II | First/Mid Level Officials | Middle Management |
| Proj Mgr III | First/Mid Level Officials | Middle Management |
| Reg Relationship Mgr | First/Mid Level Officials | Middle Management |
| Portfolio Manager | First/Mid Level Officials | Middle Management |
| Dir, Ops L3 | First/Mid Level Officials | Senior Management |
| GM, Core Sol | Executive/Sr Level Officials | Senior Management |
| GM, RSG | Executive/Sr Level Officials | Senior Management |
| GM, Travel Admin | Executive/Sr Level Officials | Senior Management |
| GM, HR & Payroll | Executive/Sr Level Officials | Senior Management |
| GM, Sales | Executive/Sr Level Officials | Senior Management |
| GM, Corp Svcs | Executive/Sr Level Officials | Senior Management |
| GM, Symitar Sys | Executive/Sr Level Officials | Senior Management |
| VP & CTO | Executive/Sr Level Officials | Senior Management |
| GM, E-Svcs | Executive/Sr Level Officials | Senior Management |
| General Counsel | Executive/Sr Level Officials | Senior Management |
| GM, Mktg & Industry Research | Executive/Sr Level Officials | Senior Management |
| Chairman | Executive/Sr Level Officials | Senior Management |
| President | Executive/Sr Level Officials | Senior Management |
| Exec Vice President | Executive/Sr Level Officials | Senior Management |
| Chief Exec Officer | Executive/Sr Level Officials | Senior Management |
| Chief Financial Officer | Executive/Sr Level Officials | Senior Management |
| GM, ProfitStars | Executive/Sr Level Officials | Senior Management |
| GM, Imaging Sol | Executive/Sr Level Officials | Senior Management |
| GM, Acctg & Controller | Executive/Sr Level Officials | Senior Management |
| GM, Internet Solutions | Executive/Sr Level Officials | Senior Management |
| Sales Director | Sales Workers | Senior Management |
| Sr Managing Director | Executive/Sr Level Officials | Senior Management |

TRANSMITTED/STORED : OCT. 13. 2010   2:21PM
FILE MODE        OPTION              ADDRESS                    RESULT      PAGE
--------------------------------------------------------------------------------
172  MEMORY TX                       #2553323131                OK          26/26

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                    E-2) BUSY
E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

## A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
JOSHUA D. WILSON
TONI BRAXTON
*ABBY RICHARDSON
RACHEL LEE McGINLEY
DANIEL E. ARCINIEGAS
JACOB A. KISER
ALEXANDER N. GEROGIANNIS
L. WILLIAM SMITH
DENNIS G. PANTAZIS, JR.

*JOSHUA R. GALE
OF COUNSEL
*Not Licensed In Alabama

## FACSIMILE TRANSMITTAL

DATE: 10/13/10

TO: David T. Wiley / Mieke Hemstreet

FROM: Jon Goldfarb

FAX NO: 338-3131

| Client/Matter Name | Client/Matter Number | No. of Pages (Including Cover) |
|---|---|---|
| Johnson | 032942-1 | 26 |

IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES PLEASE CALL (205) 314-0597

Message:

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately discard.

WASHINGTON, D.C. - 2031 FLORIDA AVENUE, SUITE 300, WASHINGTON, D.C. 20009 MAIN (202)467-4123 FAX (202)467-4498

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

## A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN

TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
JOSHUA D. WILSON
TONI BRAXTON
*ABBY RICHARDSON
RACHEL LEE McGINLEY
DANIEL E. ARCINIEGAS
JACOB A. KISER
ALEXANDER N. GEROGIANNIS
L. WILLIAM SMITH
DENNIS G. PANTAZIS, JR.

*JOSHUA R. GALE
OF COUNSEL
*Not Licensed in Alabama

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

## FACSIMILE TRANSMITTAL

DATE: _10/13/10_

TO: _DAVID T. WILEY / Mieke Hemstreet_

FROM: _Jon Goldfarb_

FAX NO: _338-3131_

| Client/Matter Name | Client/Matter Number | No. of Pages (Including Cover) |
|---|---|---|
| Johnson | 082942-1 | 26 |

**IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES PLEASE CALL (205) 314-0597**

Message:

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately discard.