FILED

2011 Feb-25 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# B

**Location:** JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

**Company Number:** T017622

**Message: Please note that Employment Data cannot be keyed to the Consolidated Report. The information is automatically calculated from the data keyed in each of the other reports.**

| JOB CATEGORIES | OVERALL TOTALS | MALE | | | | | FEMALE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | HISPANIC | ASIAN OR PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE | WHITE (NOT OF HISPANIC ORIGIN) | BLACK (NOT OF HISPANIC ORIGIN) | HISPANIC | ASIAN OR PACIFIC ISLANDER | AMERICAN INDIAN OR ALASKAN NATIVE |
| Officials and Managers | 462 | 280 | 3 | 6 | 2 | 0 | 155 | 8 | 4 | 4 | 0 |
| Professionals | 1291 | 555 | 28 | 32 | 18 | 0 | 578 | 28 | 32 | 20 | 0 |
| Technicians | 525 | 377 | 5 | 11 | 19 | 0 | 94 | 3 | 6 | 10 | 0 |
| Sales Workers | 97 | 42 | 0 | 2 | 1 | 0 | 48 | 0 | 2 | 2 | 0 |
| Office and Clerical | 380 | 73 | 10 | 8 | 1 | 0 | 255 | 16 | 13 | 4 | 0 |
| Craft Workers (Skilled) | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operatives (Semi-Skilled) | 12 | 9 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Laborers (Unskilled) | 12 | 11 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Service Workers | 29 | 15 | 0 | 0 | 0 | 0 | 12 | 0 | 2 | 0 | 0 |
| TOTAL | 2812 | 1366 | 47 | 60 | 41 | 0 | 1144 | 55 | 59 | 40 | 0 |
| Total employment reported in previous EEO-1 report | | | | | | | | | | | |

Cancel   Next --->

EEO-1

https://apps.eeoc.gov/eeo1/eeo1.jsp
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
9/25/2006
JHA/Johnson 000282

**Location:** JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

**Company Number:** T017622

**Message: Please note that Employment Data cannot be keyed to the Consolidated Report. The information is automatically calculated from the data keyed in each of the other reports.**

| JOB CATEGORIES | NUMBER OF EMPLOYEES | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Race/Ethnicity | | | | | | | | | | | | | | | |
| | Hispanic Or Latino | | Not-Hispanic Or Latino | | | | | | | | | | | | | OVERALL TOTALS |
| | | | MALE | | | | | | FEMALE | | | | | | | |
| | MALE | FEMALE | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | |
| Executive/Senior Level Officials and Managers | | | 16 | | | | | | 4 | | | | | | | 20 |
| First/Mid-Level Officials and Managers | 11 | 8 | 361 | 7 | | 4 | | | 207 | 11 | 1 | 3 | 1 | | | 614 |
| Professionals | 39 | 35 | 738 | 44 | 3 | 23 | | 2 | 721 | 35 | 1 | 27 | 5 | | | 1673 |
| Technicians | 11 | 6 | 456 | 5 | 2 | 21 | 2 | | 101 | 4 | | 14 | | | | 622 |
| Sales Workers | 4 | 2 | 85 | 1 | | 1 | | | 65 | 2 | | 2 | | | | 162 |
| Administrative Support Workers | 16 | 49 | 60 | 13 | | 12 | 1 | | 338 | 40 | 3 | 15 | 5 | 2 | | 554 |
| Craft Workers | | | 3 | | | | | | | | | | | | | 3 |
| Operatives | 1 | | 9 | 1 | | | | | 1 | | | | | | | 12 |
| Laborers and Helpers | | | 12 | | | | | | 1 | | | | | | | 13 |
| Service Workers | | 1 | 16 | | | | | | 13 | | | | 1 | | | 31 |
| TOTAL | 82 | 101 | 1756 | 71 | 5 | 61 | 3 | 2 | 1451 | 92 | 5 | 61 | 12 | 2 | | 3704 |
| Total employment reported in previous EEO-1 report | | | | | | | | | | | | | | | | 3356 |

Cancel    Next --->

Toll Free Customer Service: (866) 286-6440

Screen: Type 2 Grid

https://apps.eeoc.gov/eeo1/eeo1.jsp
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/14/2007
JHA/Johnson 000283

co= T017622
u= T017622

**EQUAL EMPLOYMENT OPPORTUNITY**

2008 EMPLOYER INFORMATION REPORT

CONSOLIDATED REPORT - TYPE 2

## SECTION B - COMPANY IDENTIFICATION

1. JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

2.a. JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

c. Y

## SECTION C - TEST FOR FILING REQUIREMENT

1-Y 2-Y 3-N  DUNS NO.:183739569

## SECTION E - ESTABLISHMENT INFORMATION

NAICS:

## SECTION D - EMPLOYMENT DATA

| JOB CATEGORIES | HISPANIC OR LATINO | | NOT-HISPANIC OR LATINO | | | | | | | | | | | | OVERALL TOTALS |
| | MALE | FEMALE | * * * * * * * * * * * MALE * * * * * * * * * * * * | | | | | | * * * * * * * * * * FEMALE * * * * * * * * * * * | | | | | | |
| | MALE | FEMALE | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXECUTIVE/SR OFFICIALS & MGRS | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 19 |
| FIRST/MID OFFICIALS & MGRS | 8 | 3 | 326 | 2 | 0 | 5 | 0 | 0 | 172 | 9 | 0 | 2 | 0 | 0 | 527 |
| PROFESSIONALS | 47 | 34 | 1108 | 37 | 7 | 48 | 2 | 5 | 655 | 22 | 1 | 40 | 3 | 0 | 2009 |
| TECHNICIANS | 9 | 16 | 205 | 19 | 0 | 6 | 0 | 1 | 282 | 17 | 1 | 6 | 3 | 2 | 567 |
| SALES WORKERS | 3 | 2 | 81 | 2 | 0 | 0 | 0 | 0 | 61 | 0 | 0 | 0 | 0 | 0 | 149 |
| ADMINISTRATIVE SUPPORT | 14 | 47 | 72 | 12 | 0 | 12 | 0 | 0 | 299 | 43 | 2 | 9 | 2 | 2 | 514 |
| CRAFT WORKERS | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| OPERATIVES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| LABORERS & HELPERS | 1 | 0 | 20 | 1 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 30 |
| SERVICE WORKERS | 0 | 3 | 11 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 1 | 0 | 20 |
| TOTAL | 82 | 105 | 1843 | 73 | 7 | 71 | 2 | 6 | 1487 | 91 | 4 | 57 | 9 | 4 | 3841 |
| PREVIOUS REPORT TOTAL | 82 | 101 | 1756 | 71 | 5 | 61 | 3 | 2 | 1451 | 92 | 5 | 61 | 12 | 2 | 3704 |

## SECTION F - REMARKS

DATES OF PAYROLL PERIOD:  08/15/2008  THRU  08/31/2008

CERTIFICATION

CERTIFYING OFFICIAL:  STEPHANIE WASHINGTON  TITLE: SUPERVISOR, HR
EEO-1 REPORT CONTACT PERSON:  STEPHANIE WASHINGTON  TITLE: SUPERVISOR, HR
EMAIL:  swashington@jackhenry.com  TELEPHONE NO: 972/3595590

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

JHA/Johnson 000284

co= T017622
u= T017622

EQUAL EMPLOYMENT OPPORTUNITY

2009 EMPLOYER INFORMATION REPORT

CONSOLIDATED REPORT - TYPE 2

### SECTION B - COMPANY IDENTIFICATION

1. JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

2.a. JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

c. Y

### SECTION C - TEST FOR FILING REQUIREMENT

1-Y 2-Y 3-N  DUNS NO.:183739569

### SECTION E - ESTABLISHMENT INFORMATION

NAICS:

### SECTION D - EMPLOYMENT DATA

| JOB CATEGORIES | HISPANIC OR LATINO | | NOT-HISPANIC OR LATINO | | | | | | | | | | | | OVERALL TOTALS |
| | | | ************ MALE ************ | | | | | | ********** FEMALE ********** | | | | | | |
| | MALE | FEMALE | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXECUTIVE/SR OFFICIALS & MGRS | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 20 |
| FIRST/MID OFFICIALS & MGRS | 9 | 2 | 332 | 2 | 0 | 5 | 0 | 0 | 167 | 10 | 0 | 2 | 0 | 0 | 529 |
| PROFESSIONALS | 47 | 37 | 1116 | 35 | 8 | 54 | 2 | 0 | 678 | 27 | 3 | 39 | 5 | 0 | 2051 |
| TECHNICIANS | 11 | 21 | 207 | 18 | 1 | 8 | 1 | 0 | 268 | 19 | 0 | 6 | 3 | 0 | 563 |
| SALES WORKERS | 1 | 2 | 87 | 2 | 0 | 0 | 0 | 0 | 64 | 1 | 0 | 0 | 0 | 0 | 157 |
| ADMINISTRATIVE SUPPORT | 8 | 36 | 63 | 9 | 0 | 4 | 0 | 0 | 280 | 44 | 1 | 8 | 1 | 0 | 454 |
| CRAFT WORKERS | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| OPERATIVES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| LABORERS & HELPERS | 1 | 0 | 21 | 1 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 31 |
| SERVICE WORKERS | 0 | 3 | 11 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 1 | 0 | 20 |
| TOTAL | 77 | 101 | 1856 | 67 | 9 | 71 | 3 | 0 | 1475 | 101 | 4 | 55 | 10 | 0 | 3829 |
| PREVIOUS REPORT TOTAL | 82 | 105 | 1843 | 73 | 7 | 71 | 2 | 6 | 1487 | 91 | 4 | 57 | 9 | 4 | 3841 |

SECTION F - REMARKS

DATES OF PAYROLL PERIOD:  08/16/2009   THRU        08/31/2009
CERTIFICATION
CERTIFYING OFFICIAL:                    STEPHANIE WASHINGTON        TITLE:  SUPERVISOR, HR
EEO-1 REPORT CONTACT PERSON:   STEPHANIE WASHINGTON        TITLE:  SUPERVISOR, HR
EMAIL:    swashington@jackhenry.com                                            TELEPHONE NO: 972/3595590

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

JHA/Johnson 000285

CO=T017622
U=T017622

EQUAL EMPLOYMENT OPPORTUNITY
2010 EMPLOYER INFORMATION REPORT
CONSOLIDATED REPORT - TYPE 2

SECTION B - COMPANY IDENTIFICATION

SECTION C - TEST FOR FILING REQ.

1. JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

2.a. JACK HENRY & ASSOCIATES
663 WEST HWY 60
MONETT, MO 65708

c. Y

1-Y 2-Y 3-N DUNS NO.:183739569
SECTION E - ESTABLISHMENT INFO.
null

SECTION D - EMPLOYMENT DATA

| JOB CATEGORIES | NUMBER OF EMPLOYEES | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Race/Ethnicity | | | | | | | | | | | | | | |
| | Hispanic Or Latino | | Not-Hispanic Or Latino | | | | | | | | | | | | OVERALL TOTALS |
| | | | MALE | | | | | | FEMALE | | | | | | |
| | MALE | FEMALE | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | |
| Executive/Senior Level Officials and Managers | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 20 |
| First/Mid-Level Officials and Managers | 10 | 4 | 392 | 3 | 0 | 9 | 0 | 0 | 182 | 8 | 2 | 4 | 0 | 0 | 614 |
| Professionals | 52 | 40 | 1296 | 45 | 7 | 73 | 8 | 4 | 809 | 41 | 5 | 55 | 5 | 3 | 2443 |
| Technicians | 12 | 19 | 228 | 20 | 1 | 11 | 0 | 0 | 271 | 20 | 1 | 10 | 2 | 0 | 595 |
| Sales Workers | 2 | 2 | 129 | 1 | 0 | 0 | 2 | 0 | 77 | 5 | 0 | 0 | 0 | 0 | 218 |
| Administrative Support Workers | 11 | 35 | 88 | 8 | 0 | 5 | 0 | 1 | 400 | 55 | 2 | 14 | 2 | 2 | 623 |
| Craft Workers | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Operatives | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Laborers and Helpers | 1 | 0 | 22 | 1 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 32 |
| Service Workers | 0 | 4 | 10 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 20 |
| TOTAL | 88 | 104 | 2184 | 78 | 8 | 98 | 10 | 5 | 1758 | 129 | 10 | 83 | 9 | 5 | 4569 |
| Total employment reported in previous EEO-1 report | 77 | 101 | 1856 | 67 | 9 | 71 | 3 | 0 | 1475 | 101 | 4 | 55 | 10 | 0 | 3829 |

SECTION F - REMARKS

9/28/2010

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

JHA/Johnson 000286