FILED
2011 Feb-25  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

# CHARGE OF DISCR:... TION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | 420-2008-00889 |
| ☒ EEOC | |

_____ and EEOC

*State or local Agency, if any*

| NAME*(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* | |
|---|---|---|
| Mr. Kevin Johnson | (205) 933-2872 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 1408 13th Ave. South | Birmingham, AL 35205 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Jack Henry & Associates, Inc. | +501 | (205) 981-1980 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 7400 Cahaba Valley Rd. | Birmingham, AL 35242 | |
| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

| | | | |
|---|---|---|---|
| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ AGE |
| ☒ RETALIATION | ☐ NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER *(Specify)* | |

DATE DISCRIMINATION TOOK PLACE
EARLIEST *(ADEA/EPA)*      LATEST *(ALL)*

December 14, 2007

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am African-American and was hired by the company in 2002. The company provides computer hardware and software to banks and credit unions nationwide. I am a Banking Consultant in the Birmingham office.

On August 16, 2007, I learned that the position of Operations Manager for the Birmingham office was coming open. I waited for the position to be posted, which is company policy, to apply for it. The position would have been a promotion for me. However, the position was not posted and I was not given an opportunity to apply. On October 9, I learned that Ken Netherton, Caucasian, received the promotion. He had been the Installation Manager in the Birmingham office. I asked Mike Gollhofer, who is based in Monett, Missouri and is over the Birmingham branch why Ken was selected. He told me that Ken had "JHA specific" experience in budgeting and management and was "popular" with the employees. I felt this was a pretext. I was more qualified than Ken for the position. I have a Masters Degree in Banking and had previously worked at the Federal Reserve Bank branch in Birmingham, where I was last Financial Services Director supervising approximately 50 employees and managing an operational budget of about $10,000,000. Ken has no college degree and had supervised approximately five people.

[CONTINUED]

JAN 0 9 2008

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| Date    1/9/08    _____ Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (10/94)

I filed a complaint with the company's Office of Employee Rights on October 26, stating that I was passed over for the position because of my race. My complaint was not handled the way I have seen others' complaints be handled. Though I considered my claim serious, no person in Employee Relations above the base level was involved. A co-worker made a complaint (not about race discrimination), and the matter went up to the level of the General Manager. The employee assigned to my complaint, Joyce McGee, called me on November 15 and told me that she had talked to people involved and that there were no grounds for my complaint because Ken was the "best person" for the job. I asked her to provide me her findings in writing and she refused.

On October 29, I inquired about a management position that was coming open in a reorganization of the Imaging Solutions Department. The position was well suited for me because the required job skills matched my background. Chuck Hendrickson, emailed me on November 1, saying that he wanted to meet with me to discuss the position after the reorganization plan was developed. I never heard back from him. The reorganization was announced December 14 and all positions were filled with Caucasians.

On November 28, 2007, I applied for the position of Operations Manager for the Enterprise Payment Solutions Department in Allen, Texas. I was qualified for the position. I was granted an interview but was passed over for a Caucasian employee who was a new hire on December 10. Again, I was told I would be contacted again by the hiring manager or Human Resources about the position but I never heard back from anyone.

African-Americans are grossly under-represented in management positions in the company all over the country. There are approximately 3,752 employees in the company and several hundred in management positions. Out of that, there are only seven black managers and six black supervisors. Only two of them are male. Of the African-Americans who are in management positions, none are in executive, senior, or middle level positions. They are all in the lower levels of management.

I feel that the company has passed me over for promotions because of my race and/or retaliation for my having opposed unlawful discrimination. I am therefore making a claim, on my behalf and other similarly situated African-Americans, under Title VII to the Civil Rights Act of 1964, as amended.

JAN 0 0 2008